IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ELIZABETH RAMIREZ,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BRUNSWICK CORPORATION d/b/a<br>MERCURY MARINE,<br><br>　　　　　　　　Defendant. | Case No. 2:21-CV-00158-LA |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Elizabeth Ramirez and Defendant Brunswick Corporation d/b/a Mercury Marine, by their respective attorneys, hereby stipulate to the dismissal of the above-captioned case, with prejudice, with each party to bear her or its own costs, including attorneys' fees.

Respectfully submitted this 28th day of October, 2022.

| | |
|---|---|
| */s/ William Wetzel*<br>William Wetzel (State Bar No. 1093711)<br>Mary C. Flanner (State Bar No. 1013095)<br>Cross Law Firm, S.C.<br>845 N. 11th Street<br>Milwaukee, WI 53233<br>(414) 224-0000<br>(414) 273-7055 (fax)<br>Wetzel@crosslawfirm.com<br>Mflanner@crosslawfirm.com<br><br>Attorneys for Plaintiff Elizabeth Ramirez | */s/R. Evan Jarrold*<br>R. Evan Jarrold (MO #64936)<br>John F. Doyle (MO #66626)<br>Constangy, Brooks, Smith & Prophete, LLP<br>2600 Grand Blvd., Suite 750<br>Kansas City, MO 64108<br>Telephone: 816-472-6400<br>Facsimile: 816-329-5954<br>ejarrold@constangy.com<br>jfdoyle@constangy.com<br><br>Warren Buliox (WI #1056215)<br>Emery Harlan (WI #1000240)<br>MWH Law Group, LLP<br>735 N. Water Street, #610<br>Milwaukee, WI 53202<br>Telephone: 414-509-7489<br>warren.buliox@mwhlawgroup.com<br>emery.harlan@mwhlawgroup.com<br><br>Attorneys for Defendant Brunswick Corporation |

1

8671513v1